**J-8-2021**
**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2626 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 112 DB 2019 |
| | : | Attorney Registration No. 47805 |
| | : | |
| v. | : | (Fayette County) |
| | : | |
| DONALD B. MOREMAN, | : | |
| | : | ARGUED:  March 10, 2021 |
| Respondent | : | |

## ORDER

**PER CURIAM**                                  **DECIDED:  MARCH 18, 2021**

Upon consideration of the Report and Recommendations of the Disciplinary Board and following oral argument, Donald B. Moreman is disbarred from the Bar of this Commonwealth and he shall comply with the provisions of Pa.R.D.E. 217.  Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).